UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARNELL ROSS, et al.,

                              Plaintiffs,

              -against-

BRUCE HARRELL, et al.,

                              Defendants.

22-CV-1386 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated March 1, 2022, the Court directed Plaintiff Darnell Ross, within thirty days, to pay the $400.00 in fees that are required to file a civil action in this court or submit a completed request to proceed *in forma pauperis* ("IFP application"). The Court also directed Ross to resubmit the signature page of the complaint.[1]

On March 11, 2022, the order was returned to the court with a notation on the envelope indicating that the mail was undeliverable to the address Ross had provided with his complaint. Accordingly, the complaint, filed IFP pursuant to 28 U.S.C. § 1915(a)(1), is dismissed without prejudice because Ross has not complied with the March 1, 2022 order, has failed to notify the Court of a change of mailing address, and has not initiated any further contact with the Court, written or otherwise. *See* 28 U.S.C. §§ 1914, 1915; Fed. R. Civ. P. 11(a).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

---

[1] The Court also dismissed the seven individuals listed in the complaint as plaintiffs.

*Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: April 20, 2022
   New York, New York

        /s/ Laura Taylor Swain
        LAURA TAYLOR SWAIN
       Chief United States District Judge